**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**ANTHONY FAINI and
JENELLE FAINI,**

      **Plaintiffs,**

    **v.**                            **CIVIL NO. 1:23-CV-103
(KLEEH)**

**ERIE INSURANCE
PROPERTY & CASUALTY COMPANY,**

      **Defendant.**

<u>**ORDER OF DISMISSAL**</u>

    The parties in the above-styled action have informed the Court that this case has been compromised and settled.  It is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days.

    The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

    It is so **ORDERED**.

    The Court **DIRECTS** the Clerk to **TERMINATE** any pending motions [ECF Nos. 24, 48, 49, 50, 51, 52, 53] and to send a copy of this Order to counsel of record and any unrepresented party.

    DATED: April 29, 2025

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA